NO._____

2021 **JURY DEMANDED**

1:21CV0690 RP

SENFRONIA THOMPSON
TREY MARTINEZ FISCHER
GENE WU
VIKKI GOODWIN
RON REYNOLDS
EDDIE RODRIGUEZ
JON ROSENTHAL
JASMINE CROCKETT
MARY ANN PEREZ
ALMA A. ALLEN
CHRISTINA MORALES
NICOLE COLLIER
CELIA ISRAEL
ANA-MARIA RAMOS
BARBARA GERVIN-HAWKINS
TERRY MEZA
DONNA HOWARD
JARVIS JOHNSON
RAY LOPEZ
SHAWN THIERRY
ELIZABETH CAMPOS
GINA HINOJOSA

*Plaintiffs*,

v.

GREGORY WAYNE ABBOTT,
DADE PHELAN, AND
JAMES WHITE

*Defendants*

## COMPLAINT

TO THE HONORABLE JUDGE AND JURY:

# I.
# INTRODUCTION:

1. Plaintiffs will show that Defendants Abbot, Phelan, and White have embarked upon a course of conduct which is intended to violate State and Federal Constitutional Rights of the Plaintiffs and the classes of citizens they represent by denying rights under the First, Fifth, and Fourteenth Amendments to the U.S. Constitution because of

   (a) Race, in that certain Plaintiffs are either black or white,

   (b) Creed, in that certain Plaintiffs have expressed a faith or belief that every eligible citizen has the right to vote,

   (c) Color, in that certain Plaintiffs are distinguishable based upon the melanin in their skin, and

   (d) Natural origin, in that certain Plaintiffs are descendants of persons born in other countries.

2. (a) Plaintiff, Senfronia Thompson is a resident of Harris County, Texas.

   (b) Plaintiff, Trey Martinez Fischer is a resident of Bexar County, Texas.

   (c) Plaintiff, Gene Wu is a resident of Harris County, Texas.

   (d) Plaintiff, Vikki Goodwin is a resident of Travis County, Texas.

   (e) Plaintiff, Ron Reynolds is a resident of Fort Bend County, Texas.

   (f) Plaintiff, Eddie Rodriguez is a resident of Travis County, Texas.

   (g) Plaintiff, Jon Rosenthal is a resident of Harris County, Texas.

   (h) Plaintiff, Jasmine Crockett is a resident of Travis County, Texas.

   (i) Plaintiff, Mary Ann Perez is a resident of Harris County, Texas.

   (j) Plaintiff, Alma A. Allen is a resident of Harris County, Texas.

   (k) Plaintiff, Christina Morales is a resident of Harris County, Texas.

   (l) Plaintiff, Nicole Collier is a resident of Tarrant County, Texas.

   (m) Plaintiff, Celia Israel is a resident of Travis County, Texas.

   (n) Plaintiff, Ana-Maria Ramos is a resident of Tarrant County, Texas.

  (o) Plaintiff, Barbara Gervin-Hawkins is a resident of Bexar County, Texas.

  (p) Plaintiff, Terry Meza is a resident of Dallas County, Texas.

  (q) Plaintiff, Donna Howard is a resident of Travis County, Texas.

  (r) Plaintiff, Jarvis Johnson is a resident of Harris County, Texas.

  (s) Plaintiff, Ray Lopez is a resident of Bexar County, Texas.

  (t) Plaintiff, Shawn Thierry is a resident of Harris County, Texas.

  (u) Plaintiff, Elizabeth Campos is resident of Bexar County, Texas, and

  (v) Plaintiff, Gina Hinojosa is a resident of Travis County, Texas.

3. Plaintiffs re victims of a discriminatory scheme to violate their Constitutional Right to Assemble to redress grievances; speak; vote; travel, persuade members of the Congress of the United States to help support them in their quest to obtain and maintain all of the rights guaranteed to them and their constituents and the class they represent. All because of their protected status.

4. This suit arises out of deliberate acts of status discrimination, as well as discriminatory policies, customs, and practices, perpetrated by Defendants against Plaintiffs and the putative class, that have disparately impacted all persons of each individual Plaintiff's status group. The claims in this suit also include damages resulting from actions taken against Plaintiffs because of their status.

5. Defendants collectively acted in concert with one another under color of law to cause the harm and damages alleged in this suit. Defendants' conduct violates the rights protected in 42U.S.C.§1981 and Plaintiffs' First Amendment right to petition government because Defendants' pervasive, systematic, and widespread acts custom and practices of status discrimination are continuing against putative class members. Plaintiffs include a request for class certification on behalf of others similarly situated. Some Plaintiffs also individually complain about retaliatory acts, threats, and attempts at coercion relating to the exercise of their First Amendment rights which are enforceable under 42U.S.C.§1983.

## II.
## PARTIES

6. (a) Plaintiff, Senfronia Thompson is a resident of Harris County, Texas.

  (b) Plaintiff, Trey Martinez Fischer is a resident of Bexar County, Texas.

  (c) Plaintiff, Gene Wu is a resident of Harris County, Texas.

  (d) Plaintiff, Vikki Goodwin is a resident of Travis County, Texas.

 (e)  Plaintiff, Ron Reynolds is a resident of Fort Bend County, Texas.

 (f)  Plaintiff, Eddie Rodriguez is a resident of Travis County, Texas.

 (g)  Plaintiff, Jon Rosenthal is a resident of Harris County, Texas.

 (h)  Plaintiff, Jasmine Crockett is a resident of Travis County, Texas.

 (i)  Plaintiff, Mary Ann Perez is a resident of Harris County, Texas.

 (j)  Plaintiff, Alma A. Allen is a resident of Harris County, Texas.

 (k)  Plaintiff, Christina Morales is a resident of Harris County, Texas.

 (l)  Plaintiff, Nicole Collier is a resident of Tarrant County, Texas.

 (m)  Plaintiff, Celia Israel is a resident of Travis County, Texas.

 (n)  Plaintiff, Ana-Maria Ramos is a resident of Tarrant County, Texas.

 (o)  Plaintiff, Barbara Gervin-Hawkins is a resident of Bexar County, Texas.

 (p)  Plaintiff, Terry Meza is a resident of Dallas County, Texas.

 (q)  Plaintiff, Donna Howard is a resident of Travis County, Texas.

 (r)  Plaintiff, Jarvis Johnson is a resident of Harris County, Texas.

 (s)  Plaintiff, Ray Lopez is a resident of Bexar County, Texas.

 (t)  Plaintiff, Shawn Thierry is a resident of Harris County, Texas.

 (u)  Plaintiff, Elizabeth Campos is a resident of Bexar County, Texas.

 (v)  Plaintiff, Gina Hinojosa is a resident of Travis County, Texas.

7. Defendant, Gregory Wayne Abbott is a public servant and the duly-elected Governor of the State of Texas, a resident of Texas who lives in Travis County, Texas. Service of process is required.

8. Defendant, Dade Phelan is a public servant and duly-elected Member of the Texas House of Representatives who was elected Speaker of The House and is a resident of Texas who lives in Jefferson County, Texas. Service of process is required.

9. Defendant, James White is a public servant and duly-elected Member of the Texas House of Representative, a resident of Texas who lives in Tyler County, Texas. Service of process is required.

## III.

## JURISDICTION AND VENUE

10. This action arises under Title 42 of the U.S. Code, Sections 1343, 1983, 1985 and 1988 and this Court has jurisdiction of the action under Title 28 of the U.S. Code, Sections 1331, 1332 and 1343.

11. At all times pertinent to this complaint, the Defendant Gregory Wayne Abbott, was the Governor of The State of Texas, the Defendant Dade Phelan was a Member of the Texas House of Representative, and Speaker of The House of Representatives, and Defendant James White was a Member of the Texas House of Representative, and in doing the acts and things hereinafter set forth, said Defendants were acting in their respective capacities as stated, under color of State Law.

12. Plaintiffs, and the classes they represent are white, black, Asian, Hispanic, gay, and all subscribe to the creed and belief that all citizens who are otherwise eligible should be allowed to register and vote in all elections.

13. Defendants, individually and collectively, have embarked upon a course of action, scheme, conspiracy, and course of conduct, by public statements and otherwise to attempt to deny, coerce, threaten, intimidate and prevent Plaintiffs and the members of the classes Plaintiffs:

    (1) the right to vote in all elections,
    (2) the right to peacefully assemble to redress their grievances,
    (3) the right to speak publicly about the exercise of their constitutional rights,
    (4) the right of association,
    (5) the right to security of person, and
    (6) the right to freedom from arrest, except upon probable cause, supported by oath or affirmation.

14. Plaintiffs allege that in doing the acts and things complained of, the Defendants were conspirator engaged in a scheme and conspiracy designed and intended to deny and deprive them of rights guaranteed to them under the Constitution and laws of the United States and particularly those herein above enumerated.

15. Plaintiffs allege that, as a direct consequence and result of the acts of Defendants herein above complained of, Plaintiffs have been deprived of liberty for substantial periods of time, suffered much anxiety and distress over the separation from their families, and much discomfort and embarrassment and their reputations impaired, and have lost much time from their homes and the companionship and care of their families and have been required to spend substantial sums of money and of time traveling to and from the State of Texas to persuade Congress to pass laws to ameliorate the harm done and redress their grievances.

    Wherefore, Plaintiffs claim damages of the Defendants in the amount of Five Dollars ($5.00) in actual damages to themselves and the classes they represent and Ten Dollars ($10.00) in punitive damages to themselves and the classes they represent.

16. Plaintiffs allege that because of the foregoing, it was necessary to obtain, seek, and employ legal counsel to seek redress under the Civil Rights Attorney Fees Act.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs pray that this Honorable Court

1. Advance this cause on the Docket,

2. Grant a temporary restraining order

3. Order a Hearing on their request for a Temporary Injunction

4. Grant Temporary Injunction after hearing evidence on the Motion.

5. Enjoin the Defendants from doing any act which does or violates Plaintiffs' Constitutional Rights.

6. Grant Plaintiffs reasonable attorney fees,

7. Grant Plaintiffs actual and punitive damages, and

8. Such other and further relief additional, alternative, and equitable relief as may appear to the Court to which they may be entitled and just.

RESPECTFULLY SUBMITTED,

*[signature]*

THE CRAIG ANTHONY WASHINGTON LAW FIRM
ATTORNEY FOR PLAINTIFFS
SBOT# 20901000
P.O. BOX 306
BASTROP, TEXAS

OF COUNSEL;
DEGUREN & DICKSON
1018 PRESTON AVENUE
SEVENTH FLOOR
HOUSTON, TEXAS 77002
(713) 223-5959 Telephone
(713) 223-9231 Facsimile
caw@deguerin.com