IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SEFRONIA THOMPSON, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-690-RP |
| GREGORY WAYNE ABBOTT, et al., | § § § | |
| Defendants. | § § | |

**ORDER**

Plaintiffs filed their complaint on August 6, 2021. (Dkt. 1). There is no indication that Plaintiffs timely served Defendants with their complaint and the summons. Noting Plaintiffs' lack of action to advance this case, the Court issued an order to show cause on July 5, 2022. (Dkt. 2). The Court ordered Plaintiffs to show cause, in writing, on or before July 19, 2022 as to why this action should not be dismissed for want of prosecution. (*Id.*). Plaintiffs did not file a timely response. Indeed, nothing has been filed since the complaint almost one year ago.

Federal courts have the authority to dismiss a complaint for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962); Fed. R. Civ. P. 41(b) (permitting a court to dismiss an action if the plaintiff "fails to prosecute or to comply with . . . a court order"). Given that this case has been pending for almost a year, the Court finds that there is a clear record of inaction and nonresponsiveness that would justify dismissing this action for want of prosecution.

2

Accordingly, **IT IS ORDERED** that Plaintiffs' claims against Defendants in this action are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on July 28, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE